

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 1 6 2008 *aew*
Jan 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Louis Lashley
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County medical
Department
Officer patterson and
Officer Nichels of the
Cook County Department
of Corrections

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV357
JUDGE ANDERSEN
MAGISTRATE BROWN

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Louis E Cashley

   B. List all aliases: _____

   C. Prisoner identification number: 20050048201

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: P.O. Box 089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Officer Nichols of the 3-11 Shift
      Title: Cook County Sheriff / Correctional Officer
      Place of Employment: Cook County Jail Division 9

   B. Defendant: Officer Patterson of the 3-11 Shift
      Title: Cook County Sheriff / Correctional Officer
      Place of Employment: Cook County Jail Division 9

   C. Defendant: Cermak
      Title: Cook County Medical Department
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While passing out the dinner trays for the officers working division 9 segergation unit 2E on the night of october 19, 2007. I the plaintiff was repeatedly stab and struggle for my life in the presence of two officers ( officer Patterson and officer nichols of the 3-11 shift). once the door was open for the plaintiff to give a detainee his dinner tray the detainee immediately pushed pass the officers with a knife in his hand visible for both of the officers to see and instantly rushed me in front of the officers. no attemp was made to stop him or to avoid the situation from taking place. there was no means or form of security taties used to ensure my safety or secure my life. both officers simply ran off the deck and watched as this detainee continuously assulted me with a sharpen piece of metal design in a form of a shank used against me in an attemp to take my life. after an all available was called and the officers reported to 2E, I was still left with no immediate medical assistance. they watched and allowed this detainee to stab me then run up the stairs to another

detainee cell pass the knife and despose of it by flushing it down the toilet. no effort was made to assist me at all by the Cook County Officals. I stood in the door way badly bleeding from my neck and hand and yet, they (the Officers) refused to open the door and help me. Insteed, they watched as the blood continued to pour out of my neck and hand. when the Officers finally decided to come on the deck, I still wasn't given any medical attention. I was simply told to lay on the ground and don't move. there was blood all over the dayroom which indicated that the plaintiff had been seriously injured. I wasn't checked by the Officer to see how badly the injurys were or how many times or even where I was stab at. I didn't recieve medical attention for another 8 to 10 minutes until the 911 emergency response team and fire department showed up. my life was at stake and no one assisted me. there was no medical staff on hand to attend to my injurys (medical personel is suppose to be on duty 24 hours aday to assist and attend to all medical emergency) even though both, Officer Patterson and Officer Nichols witnessed me being stab and clearly saw the knife. no knife was recoverd due to the lack of immediate response and actions by the Cook County Officers

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

that the officers be held liable for my injurys due to their presence at the time of the incident and their failure to assist me. the County medical department should be held liable as well for their lack of medical assistance. the end results, I was steb 2 times in the back of my neck and once through my left finger. I recieved 6 staples in my neck and 13 stitches to my finger which also requires surgery due to nerve damage and a lost of range of motion in my finger

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __01__ day of __07__, 20__08__

_Louis Lashley_
(Signature of plaintiff or plaintiffs)

_Louis Lashley_
(Print name)

_20050048201_
(I.D. Number)

_P.O. Box 089002_
_Chicago, Illinois 60608_
(Address)