UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 1 6 2008
16
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Louis E. Lashley

v.

Defendant(s) Cook County medical Department Officer Patterson and Officer Nichols of the Cook County Department of Corrections.

Case Number: 05-CR-16956 (01)

Judge John J. Fleming

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Louis E. Lashley, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

**08CV357**
**JUDGE ANDERSEN**
**MAGISTRATE BROWN**

_Louis Lashley_
Movant's Signature

P.O. Box 089002
Street Address

Chicago, Illinois 60608
City/State/Zip

Date: 01-07-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| John S. Fleming | 05 CR 16756 (01) |

| Case Title |
|---|
| murder |

| Appointed Attorney's Name |
|---|
| marc stahl |

If case is still pending, please check box: [X]

| Assigned Judge | Case Number |
|---|---|
| John J. Moran | |

| Case Title |
|---|
| Possession of a Control Substance |

| Appointed Attorney's Name |
|---|
| Cook County public Defender |

If case is still pending, please check box: [ ]

| Assigned Judge | Case Number |
|---|---|
| | |

| Case Title |
|---|
| |

| Appointed Attorney's Name |
|---|
| |

If case is still pending, please check box: [ ]

| Assigned Judge | Case Number |
|---|---|
| | |

| Case Title |
|---|
| |

| Appointed Attorney's Name |
|---|
| |

If case is still pending, please check box: [ ]