Louis Lashley #2005-0048201
P.O. Box 089002
Chicago, Illinois
60608

APR 23 2008

**FILED**

04-20-08

APR 23 2008 new

Good morning.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'm writing you in regards to questions I have about a pending case that I have before Judge Wayne R. Andersen case title Louis Lashley # 2005-0048201 vs Cook County Medical Department dated Feb. 22, 2008 case number 08 C 357.

My question is why wasnt the officers charged with negligence as well? I specifically named both officers as well as stated my reasons for accusing them of negligence and endangering my life. the case was accepted but only against the Cook County medical department. do I need to fill out some sort of different applications to pursue charges against county officials or did I fill out my initial applications improperly? Please explain ... if I need to fill additional complaints then I would highly appreciate it if you could send me the proper paper work that I need.

Also, I'm having problems with getting the officers first initial and badge number. I've requested this information by the counselor here at the county but was told that she couldn't give me that information and that all I needed to do was state the officers last name and the shift that he works on. Will that be enough information to complete the application?

Please Respond

Sign, Louis Lashley