U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Louis Lashley | 08C357   08c357 |
| DEFENDANT | TYPE OF PROCESS |
| Cook County Medical Department, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Nichols, Cook County Jail Correctional Officer, Div. 9 3-11 Shift

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CCJ, C/O Legal Dept. 2700 S. California Ave., 2nd. Flr. Div. 5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Louis Lashley, #2005-0048201
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
MAY 13 2008 PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 03-10-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Td | Date |
|---|---|---|---|---|---|---|
| | 3 of 3 | No. 24 | No. 24 | | | 03-10-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above) —  ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
NOT SERVED

Date of Service: 5/08/08   Time: 11:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: One Service fee charged Same case + location
1-DUSM  16-miles       See process sheet #2 for charges.
2-Hours

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

_____
(DISTRICT)

## Waiver of Service of Summons

**TO:** Louis Lashley
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Officer Nichols _____ acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of Louis Lashley vs. Cook County Medical Department, et al.
(CAPTION OF ACTION)

which is case number 08C357 _____ in the United States District Court for the
(DOCKET NUMBER)

Northern District of Illinois
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 20, 2008 _____
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____        _____
DATE                          SIGNATURE

Printed/Typed Name: _____

As _____ of _____
   TITLE              CORPORATE DEFENDANT

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 357 | DATE | February 22, 2008 |
| CASE TITLE | Louis Lashley # 2005-0048201 v. Cook County Medical Department | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file in forma pauperis is granted.[3] The court authorizes Cook County Jail officials to deduct $5.00 from plaintiff's account. The clerk shall send a copy of this order to Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Il. 60608. The clerk shall issue summons and attach a Notice of Availability of a Magistrate Judge to the summons for each defendant, and send plaintiff said Notice and Instructions for Submitting Documents along with a copy of this order. Plaintiff's motion for appointment of counsel is denied. [4]

■ [For further details see text below.]   Docketing to mail notices.

**STATEMENT**

Plaintiff is granted leave to file in forma pauperis. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is assessed an initial partial filing fee of $ 5.00. The supervisor of inmate trust accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer at the correctional facility where plaintiff is confined is authorized to collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, 20th floor, and shall clearly identify plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify state correctional authorities of any outstanding balance in the event plaintiff is transferred from the Jail to a state correctional facility.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

(CONTINUED)

Page 1 of 2

## STATEMENT (continued)

. The United States marshals service is appointed to serve defendants. The court directs the marshal to send the necessary USM-285 forms to plaintiff so that he may provide the information necessary for the marshal to serve defendants with process. The marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed.R.Civ.P. 4(d)(2) before attempting personal service on defendants.

The plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The plaintiff must provide the original plus a judge's copy of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on their behalf]. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.

Plaintiff's motion for appointment of an attorney is denied without prejudice. The court does not find that Plaintiff has made a reasonable attempt to obtain counsel or that he has been effectively precluded from doing so; and further, the Plaintiff at this stage, appears competent to litigate it himself, *Farmer v. Haas*, 990 F. 2d 319, 321-22 (7th Cir. 1993). At this point it does not appear that the difficulty of the case exceeds his capacity as a layperson to coherently present it to the judge or jury himself. *Pruitt v. Mote*, 503 F. 3d 647, 654-55 (7th Cir. 2007).

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

## ALIAS SUMMONS IN A CIVIL ACTION

Louis Lashley                                          CASE NUMBER:  08 cv 357

vs.

                                                                                 JUDGE:      Wayne R. Andersen

Cook County Medical Department, et al

TO:  Cook County Medical Department      Patterson      Nichols

NAME:      Louis Lashley #2005-0048201
ADDRESS:  Cook County Jail
                  P.O. Box 089002
CITY:      Chicago, IL 60608

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney: an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK                                March 6, 2008

*/s/ M Patterson*
Deputy Clerk
Johnnie M. Patterson

RECEIVED 2008 MAR 10 AM 10:08 NORTHERN DIST. OF IL ADMINISTRATIVE SECTION UNITED STATES MARSHAL

# RETURN OF SERVICE

| Service of the summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                Signature of Server

            _____
            Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
AO440 (REV. 1/90) Summons in a Civil Action

FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



RECEIVED
JAN 1 6 2008 *aew*
Jan 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Louis Lashley
_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County medical
Department
Officer patterson and
Officer Nichols of the
Cook County Department
of Corrections
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

08CV357
JUDGE ANDERSEN
MAGISTRATE BROWN

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

RECEIVED
2008 MAR 10 AM 10:08
UNITED STATES MARSHAL
N. DIST. OF IL
ADMINISTRATIVE-SECTION

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331** U.S. Code (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Louis E Lashley

    B. List all aliases: _____

    C. Prisoner identification number: 20050048201

    D. Place of present confinement: Cook County Department of Corrections

    E. Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Officer Nichols of the 3-11 Shift
    Title: Cook County Sheriff / Correctional Officer
    Place of Employment: Cook County Jail Division 9

    B. Defendant: Officer Patterson of the 3-11 Shift
    Title: Cook County Sheriff / Correctional Officer
    Place of Employment: Cook County Jail Division 9

    C. Defendant: Cermak
    Title: Cook County Medical Department
    Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While passing out the dinner trays for the officers working division 9 segregation unit 2E on the night of october 19, 2007. I the plaintiff was repeatedly stab and struggle for my life in the presence of two officers (officer Patterson and officer nichols of the 3-11 shift). once the door was open for the plaintiff to give a detainee his dinner tray the detainee immediately pushed pass the officers with a knife in his hand visible for both of the officers to see and instantly rushed me in front of the officers. no attempt was made to stop him or to avoid the situation from taking place. there was no means or form of security tatics used to ensure my safety or secure my life. both officers simply ran off the deck and watched as this detainee continuously assulted me with a sharpen piece of metal design in a form of a shank used against me in an attempt to take my life. after an all available was called and the officers reported to 2E. I was still left with no immediate medical assistance. they watched and allowed this detainee to stab me then to run up the stairs to another

detainee cell pass the knife and despose of it by flushing it down the toilet. no effort was made to assist me at all by the cook county officers. I stood in the door way badly bleeding from my neck and hand and yet, they (the officers) refused to open the door and help me. Instead, they watched as the blood continued to pour out of my neck and hand. when the officers finally decided to come on the deck, I still wasn't given any medical attention. I was simply told to lay on the ground and don't move. there was blood all over the day room which indicated that the plaintiff had been seriously injured. I wasn't checked by the officer to see how badly the injurys were or how many times or even where I was stab at. I didn't recieve medical attention for another 8 to 10 minutes until the 911 emergency response team and fire department showed up. my life was at stake and no one assisted me. there was no medical staff on hand to attend to my injurys (medical personel is suppose to be on duty 24 hours a day to assist and attend to all medical emergency) even though both, officer Patterson and officer nichols witnessed me being stab and clearly saw the knife. no knife was recoverd due to the lack of immediate response and actions by the cook county officers

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

that the officers be held liable for my injurys due to their presence at the time of the incident and their failure to assist me. the county medical department should be held liable as well for their lack of medical assistance. the end results, I was stab 2 times in the back of my neck and once through my left finger, I recieved 6 staples in my neck and 13 stitches to my finger which also requires surgery due to nerve damage and a lost of range of motion in my finger

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __01__ day of __07__, 20 __08__

_Louis Lashley_
(Signature of plaintiff or plaintiffs)

_Louis Lashley_
(Print name)

_20050048201_
(I.D. Number)

_P.O. Box 089002_
_Chicago, Illinois 60608_
(Address)

6

Revised 9/2007