UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 357 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

## MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD

Defendant, OFFICER David Patterson, through his attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Daniel J. Fahlgren, pursuant to Federal Rule of Civil Procedure 6(b)(1), moves this Honorable Court to enlarge the time period in which to answer or otherwise plead to July 3, 2008, and to vacate any and all defaults that may have been entered. In support, defendant states:

1.　　Defendant OFFICER Patterson was served with process on May 8, 2008.

2.　　Defendant subsequently requested representation from the Cook County State's Attorney's Office, and the undersigned attorney was assigned to represent the defendant in this matter on May 21, 2008.

3.　　The undersigned immediately ordered all Cook County Department of Corrections records and Cermak Health Services Medical records that may be germane to Plaintiff's claims. These are expected to be available approximately four weeks from the filing of this motion.

1

4. That once the undersigned attorney is in receipt of all relevant jail and medical records regarding the incident(s) alleged in the complaint, he will have to determine whether an answer or dispositive motion should be filed on behalf of the defendant. If an answer is to be filed, the undersigned must meet with the defendant to prepare their answers and determine whether any conflict in representation exists.

5. Plaintiff, who is appearing *pro se* in this matter, is in custody at the Cook County Jail and will not be prejudiced by the enlargement of time.

6. The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

WHEREFORE, the defendant respectfully requests that this Honorable Court grant it an enlargement of time until July 3, 2008 to move, answer or otherwise plead in this matter. In addition defendants respectfully request that the court vacate any defaults, technical or otherwise that may have been entered.

                              Respectfully submitted
                              RICHARD A. DEVINE
                              State's Attorney of Cook County

By:   *s/Daniel J. Fahlgren*
        Daniel J. Fahlgren    6201163
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-3304