UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 357 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

## NOTICE MOTION

TO:   Louis Lashley, *pro se*
      2005-0048201
      P.O. Box 089002
      Chicago, IL 60608

PLEASE TAKE NOTICE that on June 5, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen, and present the attached **Defendant's Motion to Enlarge Time to Move, Answer or Otherwise Plead.**

                          Respectfully submitted,
                          RICHARD A. DEVINE
                          State's Attorney of Cook County

              By    __s/Daniel J. Fahlgren_____
                          Daniel J. Fahlgren
                          Assistant State's Attorney
                          500 Richard J. Daley Center
                          Chicago, IL. 60602
                          (312) 603-3304
                          #6201163

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on May 28, 2008, electronically, pursuant to ECF Gen Order XI (C).
                          _s/ Daniel J. Fahlgren_____