UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 357 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

.

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Officer David Patterson of the Cook County Department of Coorections, through his attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Daniel J. Fahlgren, moves to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim for which relief can be granted, and the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) for failure to exhaust all administrative remedies before filing suit  In support of this motion, Defendant submits the attached memorandum of law.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:  *s/Daniel J. Fahlgren*
Daniel J. Fahlgren
Assistant State's Attorney
Torts and Civil Rights Litigation Section
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3304
6201163