**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 357 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Louis Lashley, *pro se*
       2005-0048201
       P.O. Box 089002
       Chicago, IL 60608

PLEASE TAKE NOTICE that on **July 10, 2008 at 9:00** a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen, and present the attached **Defendant's Motion to Dismiss the Complaint and Memorandum of Law in Support.**

                                    Respectfully submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                        By      __s/Daniel J. Fahlgren_____
                                    Daniel J. Fahlgren
                                    Assistant State's Attorney
                                    500 Richard J. Daley Center
                                    Chicago, IL. 60602
                                    (312) 603-3304
                                    #6201163

**CERTIFICATE OF SERVICE**

   I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on June 30, 2008, electronically, pursuant to ECF Gen Order XI (C).
                                    _s/ Daniel J. Fahlgren_____