UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
|    Plaintiff, | ) | 08 C 357 |
| | ) | |
|    v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| | ) | |
|    Defendants. | ) | |

**DEFENDANT COOK COUNTY MEDICAL DEPARTMENT'S MOTION TO ADOPT CO-DEFENDANT PATTERSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Cook County Medical Dept. (Cermak Health Services of Cook County), through its attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Daniel J. Fahlgren, moves adopt the Motion to Dismiss Plaintiff's Complaint and Memorandum of Law filed by co-defendant Patterson pursuant to Fed.R. Civ. P. 10(c). In support of this motion, defendant states:

    1.    Co-defendant Officer Defendant Dave Patterson was served with the subject pro se Complaint. Patterson filed a motion to dismiss the complaint and memorandum of law in support, asserting that Plaintiff failed to exhaust administrative remedies before filing the Complaint, failed to allege that Patterson had knowledge of the subject inmate attack on Plaintiff, and Plaintiff failed to allege a valid cause of action under Section 1983 for denial of medical

care after the subject inmate attack. (See docket report documents 15 and 16, filed July 10, 2008.

    2.    Cook County Medical Dept. (a.k.a. Cermak Health Services of Cook County) was served with process after the motion to dismiss had been filed. Cook County Medical Dept. asserts that the same arguments set forth in the motion to dismiss and memorandum of law also apply equally to it as a defendant.

    3.    For this reasons and pursuant Rule 10(c), Cook County Medical Dept. requests that this honorable court allow it to adopt in its entirety the motion to dismiss and memorandum of law filed by co defendant Dave Patterson.

WHEREFORE, the Cook County Medical Dept. to adopt the motion to dismiss and memorandum of law filed by co defendant Dave Patterson in lieu of filing an answer to the complaint at this time.

                    Respectfully submitted,

                    RICHARD A. DEVINE
                    State's Attorney of Cook County,

        By:  *s/Daniel J. Fahlgren*
                Daniel J. Fahlgren, 6201163
                Assistant State's Attorney
                500 Richard J. Daley Center
                Chicago, Illinois 60602
                (312) 603-3304