# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 357 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

## NOTICE of MOTION

TO:  Louis Lashley, *pro se*
　　　2005-0048201
　　　P.O. Box 089002
　　　Chicago, IL 60608

PLEASE TAKE NOTICE that on July 31, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen, and present the attached **Defendant Cook County Medical Dept. Motion to Adopt Co Defendant's Motion to Dismiss and Memorandum of Law in Support.**

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　RICHARD A. DEVINE
　　　　　　　　　　　　　　　　　　State's Attorney of Cook County

　　　　　　　　　　　By　　__s/Daniel J. Fahlgren____
　　　　　　　　　　　　　　　　　　Daniel J. Fahlgren
　　　　　　　　　　　　　　　　　　Assistant State's Attorney
　　　　　　　　　　　　　　　　　　500 Richard J. Daley Center
　　　　　　　　　　　　　　　　　　Chicago, IL. 60602
　　　　　　　　　　　　　　　　　　(312) 603-3304
　　　　　　　　　　　　　　　　　　#6201163

## CERTIFICATE OF SERVICE

　　I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on July 18, 2008, electronically, pursuant to ECF Gen Order XI (C).

　　　　　　　　　　　　　　　　　_s/ Daniel J. Fahlgren_____