MHA

Northern District of Illinois
Eastern Division

Plaintiff(s)  Louis Washley  )   Case Number: 1:08-cv-00357
                             )
     v.                      )   Judge Honorable Wayne R. Andersen
                             )
Defendant(s) Cook County Medical Department,  )
             et al.          )

FILED
7-28-2008
JUL 2 8 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion for Reconsideration of Counsel

1. I Louis Washley, declare that I am the (check appropriate box) ☒ Plaintiff ☐ Defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request that the court appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to obtain counsel to represent me in this proceeding: In my search to obtain legal representation I've written several firms in hopes of retaining counsel for this matter. I've written Cabrini Green legal clinic 306 W. Division Street Chicago, IL 60610. Sternberg and Associates Attorneys At Law PO Box 5032 Skokie, IL 60077 Bluhm legal clinic 357 East Chicago, IL 60611-3069 and the Peoples Law office at 1180 N. Milwaukee Chicago, IL 60622 attached to this motion are some of the responses I got back.

3. In further support of my motion, I declare that (check appropriate box)
☒ I am not currently, nor previously have been, represented by an attorney appointed by the court in this or any other civil or criminal proceeding before this court.
☐ I am currently, or previously have been, represented by an attorney appointed by this court in proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check the appropriate box)
☐ I have attached an original application to proceed In Forma Pauperis in the proceeding detailing my financial status.
☐ I have previously filed an application to proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
☐ I have previously filed an application to proceed In Forma Pauperis in this proceeding however, my financial status has changed and I have attached an amended application to proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Louis Lashley
Movant's Signature

P.O. Box 089007
Street Address

Chicago, Illinois 60608
City/State/Zip

Date: 07-22-08

# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

**RETURNED**

JUN 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

June 16, 2008

Louis Lashley #20050048201
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Lashley:

I received your letter of June 10, 2008, seeking representation in your lawsuit against the Cook County Jail. Unfortunately, none of the attorneys at the People's Law Office can represent you at this time, as we are a small office and can only take on a limited number of cases.

I wish you the best of luck, and I am sorry I am unable to help you further.

Yours truly,

Ben H. Elson

---

Case Number: 1:08-cv-00357
Judge: Wayne R. Andersen
title of case: Louis Lashley V. Cook county medical department et al.
descriptive title of your document, legal notary

*A program of the Bluhm Legal Clinic*

# Roderick MacArthur Justice Center

# RETURNED

JUN 2 7 2008



LEGAL DIRECTOR AND
CLINICAL ASSOCIATE PROFESSOR
Locke E. Bowman
312.503.0844
L-bowman@law.northwestern.edu

CLINICAL ASSOCIATE PROFESSOR
Joseph Margulies
312.503.0890
J-margulies@law.northwestern.edu

BOARD OF DIRECTORS
Solange MacArthur
John R. MacArthur
James Liggett

GENERAL COUNSEL
David J. Bradford
312.222.9350
dbradford@jenner.com

June 19, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PRIVILEGED & CONFIDENTIAL LEGAL MAIL**

Louis Lashley
#2005-0048201
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Lashley:

Thank you for your letter requesting assistance from the Roderick MacArthur Justice Center.

The Roderick MacArthur Justice Center is a public interest law firm that is devoted to litigating cases that may impact the operation of the criminal justice system however, because we have a small staff and are currently operating at a full case load, we are not always able to provide assistance in individual cases and situations.

This is not to say that your case does not have merit. But because we have limited resources and select our cases with many factors in mind, it is not an issue that we can pursue at this time.

Thank you for writing. We wish you the best of luck.

Sincerely,

Brigid Smigiel
Roderick MacArthur Justice Center

*[Handwritten:]*
Case Number: 1:08-cv-00357
Judge Wayne R. Andersen
title of case: Louis Lashley v. Cook county medical department et al.
descriptive title of your document: legal notary

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.1271; fax 312.503.1272
www.law.northwestern.edu/macarthur