IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Aug 13, 2008
AUG 13 2008
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
LCW

Louis Lashley )
  Plaintiff, )
 )
v. ) CASE No: 1:08-CV-00357
 ) 08 cv 357
Cook County Medical Department ) JUDGE: Wayne R. Andersen
et al. )
 )
 )
 )

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Now comes the Plaintiff Louis Lashley proceeding Pro-se; by Abayomi Adedeji, Pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., requests leave to file an amended complaint adding a party, and specifying compensatory and punitive relief.

1. The plaintiff in his original complaint named Cook County Medical Department; Officer Patterson; Officer Nichols & a John Doe Defendant.

2. Since the filing of the complaint the plaintiff has determined that the name of the John Doe defendant is Sheriff Tom Dart in his official capacity. This paragraph is amended to reflect the identity and the actions of Tom Dart.

3. This court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182 (1962)

6 Aug '08
_____
Date

Respectfully Submitted,
Louis Lashley #20050048201
P.O. box 089002 CHI, IL 60608

In the United State District Court for the Northern District of Illinois Eastern Division.

Louis Lashley
    Plaintiff
v.
Cook County Medical Department
et al.

## Notice of Filing & Submission

Dear Clerk of the Court, I am filing this amendment on behalf of Louis Lashley who is a Prose: litigant. As for now I am proceeding as his Jailhouse lawyer.

I am requesting that you make copies to all the necessary parties because we have been placed to lock-down and cannot get to a copier. Please send me a copy also, so I can know that you recieved the motion and notice of filing.

Thank you.
Respectfully Submitted

Abayomi Adedeji
for Defendant.

Louis Lashley