UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS LASHLEY, *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 357 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| COOK COUNTY MEDICAL | ) | |
| DEPARTMENT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' REPLY IN SUPPORT OF HIS**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, Officer David Patterson and Cook County Medical Department's, through his attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Daniel J. Fahlgren, moves to dismiss Plaintiff's Complaint pursuant to Rule 12(b) (6) of the Federal Rules of Civil Procedure. In Reply in Support of his Motion to Dismiss Plaintiffs' Complaint, defendant states as follows

1.   Defendant filed his Motion to Dismiss the Complaint on July 10, 2008. (Docket Report documents 15-17)

2.   On July 30, 2008, the Court granted defendant Cook County medical Department's motion to Join and Adopt Co-Defendant's Motion to Dismiss. (document t 22)

3.   Plaintiff's response was due on August 8, 2008. Plaintiff did not file a response or a motion to extend time to file a response. Instead Plaintiff filed a motion for reconsideration of counsel on July 28, 2008. (document 23).

4. On August 8, 2008, the Court denied Plaintiff's Motion for reconsideration. (document 27)

5. Defendants' reply was to be filed by August 22, 2008. (document 18) As of August 27, 2008, Defendants' attorney has not received a response from Plaintiff.

6. Defendants' submits that Plaintiff's failure to respond to the motion to dismiss is tantamount to an admission that Defendants' properly supported Motion to Dismiss is well taken, should be granted, and all claims asserted against it should be dismissed with prejudice.

7. WHEREFORE, defendants David Patterson and Cook County Medical Department request this Honorable Court to dismiss the Complaint and for such other relief as this Court deems just and proper.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By __s/ Daniel J. Fahlgren_____
Daniel J. Fahlgren
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Il. 60602
(312) 603-3304
6201163