UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUIS LASHLEY, *pro se* ) | |
| ) | |
| Plaintiff, ) | 08 C 357 |
| ) | |
| v. ) | Judge Wayne R. Andersen |
| ) | |
| COOK COUNTY MEDICAL ) | |
| DEPARTMENT, ET AL., ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Louis Lashley, *pro se*
     2005-0048201
     P.O. Box 089002
     Chicago, IL 60608

PLEASE TAKE NOTICE that on **August 27, 2008,** I caused to be filed by CM/ECF, in the United States District Court, Northern District of Illinois, Eastern Division, the attached **Defendants' REPLY Brief in Support of their Motion to Dismiss the Complaint.**

                                Respectfully submitted,
                                RICHARD A. DEVINE
                                State's Attorney of Cook County

                        By      __s/Daniel J. Fahlgren_____
                                Daniel J. Fahlgren
                                Assistant State's Attorney
                                500 Richard J. Daley Center
                                Chicago, IL. 60602
                                (312) 603-3304
                                #6201163

### CERTIFICATE OF SERVICE

   I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named party on August 27, 2008, electronically, pursuant to ECF Gen Order XI (C).
                                _s/ Daniel J. Fahlgren_____