# United States District Court

## Northern District of Illinois

Eastern Division

Lashley                                **JUDGMENT IN A CIVIL CASE**

          v.                                          Case Number: 8 C 357

Cook County Medical Department

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss is granted.  Plaintiff's motion for leave to file an amended complaint is denied as moot.  This case is closed.

                                                                Michael W. Dobbins, Clerk of Court

Date: 8/28/2008                                    _____

                                                             /s/ Tresa S. Abraham, Deputy Clerk